NUMBER 13-09-00664-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

SOUTHERN NURSERIES, INC. AND KATHY GARFIELD, Appellants,


v.



MARIA GUADALUPE SOLIS, ET AL., Appellees. 

_____________________________________________________________


On appeal from the 93rd District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellants, Southern Nurseries, Inc. and Kathy Garfield, attempted to perfect an
appeal from an order entered by the 93rd District Court of Hidalgo, County, Texas, in cause
no. C-290-09-B. Appellants have filed a motion to dismiss the appeal on grounds that
there is no longer an issue in controversy. Appellants request that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellants' request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Delivered and filed the 11th

day of February, 2010.